1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    JASON ALLEN DUQUE,                          No.  2:20-CV-2121-DMC-P

12                      Plaintiff,

13              v.                                          ORDER

14    MILLIS, et al.,

15                      Defendants.

16

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.   Pending before the Court are Plaintiff's motions for leave to proceed in forma

19    pauperis (ECF Nos. 2 and 5).  Plaintiff has submitted a declaration that makes the showing

20    required by 28 U.S.C. § 1915(a).  The requests to proceed in forma pauperis will, therefore, be

21    granted.

22              IT IS SO ORDERED.

23

24    Dated:  November 23, 2020

25                                                   _____
                                                     DENNIS M. COTA
26                                                   UNITED STATES MAGISTRATE JUDGE

27

28

                                                     1